UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYPRIAN CARTER,

        Plaintiff,

-against-

NEW YORK CITY POLICE DEPT. 113 PCT.,

        Defendant.

10 Civ. 08800 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiff Cyprian Carter's ("Plaintiff") request that the Court mail him a copy of an Order to Show Cause. The Court cannot fulfill Plaintiff's request because, pursuant to the Court's November 22, 2010 Order, the above-captioned matter was transferred to the United States District Court for the Eastern District of New York. (See dkt. no. 3). Plaintiff is therefore directed to make his request to the Eastern District of New York, where his case has been assigned the case number 10 Civ. 05619.

**SO ORDERED.**

Dated:    New York, New York
           January 10, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1